UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                          CASE NO. 8:05-CR-498-T-17AEP

JERRY K. ROBERSON.

_____/

ORDER

This cause is before the Court on the telephone inquiry of the Federal Bureau of
Prison as to whether Defendant Roberson's sentence is concurrent or consecutive to
the state sentence in Docket No. 04-11564, Pinellas County Circuit Court. The
sentencing minutes (Dkt. 483), as well as the docket entry for the Judgement (Dkt. 487)
reflect that Defendant Roberson's sentence of 262 months of imprisonment is to run
concurrent with Docket No 04-11564, Pinellas Count Circuit Court. (See attached
exhibits.) Accordingly, it is

**ORDERED** that the Court intended that Defendant Roberson's 262 month
sentence of imprisonment imposed on December 15, 2006 is **concurrent** to the state
sentence in Docket No. 04-11564, Pinellas County Circuit Court.

Case No. 8:05-CR-498-T-17AEP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 29th day of March, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

2